```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION



ARTHUR RUTENBERG HOMES, INC.
a Florida corporation, and
MARCUS ALLEN HOMES, INC., a
Florida corporation,

                    Plaintiffs,

vs.                                 Case No.  3:04-cv-1199-J-32HTS

BEN LAVARIAS CUSTOM HOMES, INC.,
DAVID MAI, and DJUANA MAI,

                    Defendants.
_____
```

**O R D E R**

This cause is before the Court on the Motion for Court Approval of Stipulated Confidentiality Agreement (Doc. #20; Motion).  A proposed Confidentiality Agreement and Order (Agreement) is attached to the Motion as Exhibit 1.

The Motion does not describe the nature of information in regard to which protection is sought.  Further, the Agreement states simply that "any document . . . produced during discovery . . . or . . . generated by a party" may be designated as "Protected Material[.]"  Agreement at 2.  Accordingly, there is no clear way to determine what, if anything, would not properly fall within its scope.  In view of this, the Motion (Doc. #20) is **DENIED**

without prejudice to a request for entry of a more precisely drawn order.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of December, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
     and *pro se* parties, if any